Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:      (949) 486-1889
E-mail: r.n@azimynathan.com
            e.a@azimynathan.com

Attorney of Record for Plaintiff, Mattie Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>PINEBROOK VILLAGE, L.P.;<br>EPICUREAN RESPITE, INC. dba<br>MCDONALD'S HAMBURGERS and<br>Does 1 through 10, inclusive.<br><br><br>                    Defendants. | Case No.: 2:05-CV-02096-MCE DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

   Plaintiff Mattie Johnson and Defendant Pinebrook Village, L.P., stipulate and agree that Defendant shall have up to and including January 12, 2006 in which to file an answer or otherwise respond to the complaint herein.

///

       There have been no prior requests for an extension herein with respect to this defendant.

DATED: December 16, 2005            **AZIMY & NATHAN, LLP**


By: <u>/s/ Reuben D. Nathan, Esq.</u>
      Reuben D. Nathan, Esq.
      Attorney for Plaintiff, Mattie Johnson

DATED: December 16, 2005            **FARELLA BRAUN & MARTEL, LLP**


By: <u>/s/ Peter S. Modlin, Esq. as authorized on December 16, 2005</u>
      Peter S. Modlin, Esq.
      Attorney for Defendant, Pinebrook Village, L.P.

## ORDER

Pursuant to the stipulation of the parties it is ordered that Defendant Pinebrook Village, L.P., shall have up to and including January 12, 2006 in which to file and serve an answer or otherwise respond to the complaint herein.

Dated: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE