1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON, | No. 2:05-cv-2096-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| PINEBROOK VILLAGE, L.P.; EPICUREAN RESPITE, INC, dba MCDONALD'S HAMBURGERS and Does 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 13, 2006.

///
///
///
///
///
///

1 | Failure to comply with this order may be grounds for the
2 | imposition of sanctions on any and all counsel as well as any
3 | party or parties who cause non-compliance with this order.
4 |     IT IS SO ORDERED.
5 | DATED: January 24, 2006

                                                 _____

                                               MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE